**Exhibit 4**

June 4, 2008

NCA DIRECTIVE 3210/1

| PERSONS INELIGIBLE | INELIGIBILITY CRITERIA | AUTHORITY |
|---|---|---|
| (6) Vietnam Civilian POWs/Internees | Service not considered active military service in the Armed Forces of the U.S. for all laws administered by VA. | PLaw 95-202, §401, Determination date January 28, 1982, as published in 47 FR 6916 |
| (7) Same-sex spouses or partners of veterans | While some States recognize same-sex civil unions or marriages for State benefit purposes, individuals in a same-sex civil union or marriage are not eligible for burial in a national cemetery or State veterans cemetery that receives federal grant funding based on being the spouse or surviving spouse of a same-sex veteran. 38 U.S.C. 101(3) and (31) expressly provide that the terms "spouse" and "surviving spouse" respectively refer to a person of the opposite sex. | U.S.C. 101(3) & (31)<br><br>38 CFR 3.50(a) & (b) |