**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>   Plaintiff,<br><br>                       v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; KATHLEEN SEBELIUS, in her official capacity as the Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; ERIC K. SHINSEKI, in his official capacity as the Secretary of the United States Department of Veterans Affairs; and the UNITED STATES OF AMERICA,<br><br>   Defendants. | Civil Action No. 1:09-cv-11156-JLT |

**OPPOSITION OF THE COMMONWEALTH OF MASSACHUSETTS**
**TO MOTION TO INTERVENE AND MOTION TO**
**AMEND, REVISE, OR VACATE JUDGMENT**

By motion filed July 19, 2010 [Dkt. No. 59], Mark A. Thomas moved to intervene in this action and further moved to amend, revise, or vacate judgment. The Commonwealth of Massachusetts opposes Mr. Thomas's motion for the reasons set forth in its prior responses to Mr. Thomas's motions [Dkt. Nos. 12, 41, & 54] and for the reasons set forth in the Court's earlier Orders denying intervention [Dkt. Nos. 45 & 55].

| | |
|---|---|
| Dated: July 23, 2010<br>Boston, Massachusetts | Respectfully submitted,<br><br>COMMONWEALTH OF MASSACHUSETTS<br>ATTORNEY GENERAL<br>MARTHA COAKLEY<br><br> */s/ Jonathan B. Miller*_____<br>Maura T. Healey, BBO No. 640856<br>Jonathan B. Miller, BBO No. 663012<br>Christopher K. Barry-Smith, BBO No. 565698<br>Jessica Lindemann, BBO No. 675722<br>Assistant Attorneys General<br>One Ashburton Place<br>Boston, MA 02108<br>Tel: (617) 727-2200<br>Fax: (617) 727-5762<br>Maura.Healey@state.ma.us<br>Jonathan.Miller@state.ma.us<br>Chris.Barry-Smith@state.ma.us<br>Jessica.Lindemann@state.ma.us |

## CERTIFICATE OF SERVICE

      I, Jonathan B. Miller, hereby certify that this document filed through the ECF system shall be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be sent by first-class mail postage prepaid to:

Mark A. Thomas
482 Beacon Street
Boston, MA 02115
*Proposed Intervenor*

                                       */s/ Jonathan B. Miller*
                                       Jonathan B. Miller
                                       Assistant Attorney General