UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.  09-11156-JLT |
| | * | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; KATHLEEN SEBELIUS, in her official capacity as the Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; ERIC K. SHINSEKI, in his official capacity as the Secretary of the United States Department of Veterans Affairs; and the UNITED STATES OF AMERICA, | * * * * * * * * * * * | |
| Defendants. | * | |

ORDER

July 29, 2010

TAURO, J.

   After reviewing the Parties' written submissions, this court hereby orders that:

1. For the reasons set forth in this court's April 22, 2010 Order [#45] and June 16, 2010 Order [#55], Movant Mark A. Thomas' <u>Motion for Leave to Intervene and File a Motion to Amend, Revise or Vacate Judgment</u> [#59] is DENIED.

2. Movant Mark A. Thomas' <u>Motion for Leave to File Clarifying Points of Law to Movant's Motion to Amend, Revise or Vacate Judgment</u> [#61] is also therefore

DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge