UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; ERIC K. SHINSEKI, Secretary of the United States Department of Veterans Affairs; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Civ. A. No. 1:09-11156-JLT |

**DEFENDANTS' ASSENTED-TO MOTION FOR STAY OF INJUNCTIVE RELIEF PENDING APPEAL**

Defendants respectfully move the Court for a stay pending appeal of the injunctive relief entered by the Court in its judgment in this action [Docket No. 63], to which Plaintiff has provided its assent. A proposed form of Order for the stay pending appeal to be entered in this action is attached hereto.

Dated: August 18, 2010

FOR PLAINTIFF:

COMMONWEALTH OF
MASSACHUSETTS
ATTORNEY GENERAL
MARTHA COAKLEY

Respectfully submitted,

FOR DEFENDANTS:

TONY WEST
Assistant Attorney General

CARMEN M. ORTIZ
United States Attorney

*Allowed*
*/s/ Tauro DJ*
*8/24/10*

/s/ Maura T. Healey

---

Maura T. Healey, BBO No. 640856
Jonathan B. Miller, BBO No. 663012
Christopher K. Barry-Smith, BBO No. 565698
Jessica Lindemann, BBO No. 675722
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
Tel: (617) 727-2200
Fax: (617) 727-5762
Maura.Healey@state.ma.us
Jonathan.Miller@state.ma.us
Cbarry-Smith@state.ma.us
Jessica.Lindemann@state.ma.us

Attorneys for Plaintiff

ARTHUR R. GOLDBERG
Assistant Director, Federal Programs Branch

/s/ Christopher R. Hall

---

CHRISTOPHER R. HALL
D.C. Bar No. 468827
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box
Washington, D.C. 20044
Telephone: (202) 514-4778
Facsimile: (202) 616-8470
Christopher.Hall@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on August 18, 2010.

/s/ W. Scott Simpson
*for*
CHRISTOPHER R. HALL
Trial Attorney
United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4778
Fax: (202) 616-8470