UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; ERIC K. SHINSEKI, Secretary of the United States Department of Veterans Affairs; and the UNITED STATES OF AMERICA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. A. No. 1:09-11156-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ~~PROPOSED~~ ORDER

TAURO, J.

The Defendants have moved for a stay of the injunctive relief entered as part of the judgment in this action pending appeal, and the Plaintiff has assented to that motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The Defendants' motion is GRANTED, and the injunctive relief entered as part of the judgment in this action is stayed pending the disposition of any appeal filed by the Defendants.

/s/ Joseph L. Tauro
Joseph L. Tauro
United States District Judge