IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Case No. 1:09-11156-JLT |

**MOTION TO INTERVENE OF REPRESENTATIVE LAMAR SMITH**

Lamar Smith is the United States Representative for the 21st Congressional District for the State of Texas.

Representative Smith moves this Court for an order granting him intervention as of right under Federal Rule of Civil Procedure 24(a).  Alternatively, Representative Smith moves the Court to grant him permissive intervention under Rule 24(b).  Representative Smith has a protectable interest in the subject matter of this litigation due to his position as ranking minority member of the House Judiciary Committee, which entitles him to ensure that the Attorney General defends federal legislation and appeals adverse decisions.  28 U.S.C. § 530D.  Because the Attorney General has been ambivalent as to whether he will appeal the case and has not adequately defended DOMA, Representative Smith brings this motion to intervene to ensure that this Court's judgment will be appealed and to give DOMA a full and vigorous defense on appeal.  In support of this motion, Representative Smith files a memorandum of law.  Representative Smith has also attached to this motion a notice of appeal as his responsive pleading.

1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel for Proposed Intervenor-Defendant hereby certifies that on October 4, 2010, Dale Schowengerdt conferred with Counsel for the Plaintiff and Defendants. At the time of this filing, counsel for Plaintiff, Maura Healey, had not responded as to what the Attorney General's position would be on the motion. Counsel for the Defendants, Christopher Hall, responded that the Defendants do not assent to this motion.

Respectfully submitted

Honorable Lamar Smith

by his Attorneys,

s/Philip D. Moran
Philip D. Moran, MA Bar No. 353920
265 Essex Street, Suite 202
Salem MA 01970
(978) 745-6085; (978) 741-2572 Fax
philipmoranesq@aol.com

Dale Schowengerdt,* AZ Bar No. 022684
Alliance Defense Fund
15192 Rosewood
Leawood, KS 66224
(913) 685-8000; (480) 444-0028 Fax
dale@telladf.org

Brian Raum,* NY Bar No. 2856102
Byron J. Babione,* AZ Bar No. 024320
Alliance Defense Fund
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020; (480) 444-0028 Fax
braum@telladf.org
bbabione@telladf.org

*Attorneys for Proposed Intervenor-Defendant*
*\*Pro Hac Vice motion pending*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2010, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| MAURA T. HEALEY | TONY WEST |
| JONATHAN B. MILLER | Assistant Attorney General |
| CHRISTOPHER K. BARRY-SMITH | CARMEN M. ORTIZ |
| JESSICA LINDEMANN | United States Attorney |
| Assistant Attorneys General | ARTHUR R. GOLDBERG |
| One Ashburton Place | Assistant Director |
| Boston, MA 02108 | CHRISTOPHER R. HALL |
| Tel: (617) 727-2200 | D.C. Bar No. 468827 |
| Fax: (617) 727-5762 | Trial Attorney, U.S. Department of Justice |
| Maura.Healey@state.ma.us | Civil Division, Federal Programs Branch |
| Jonathan.Miller@state.ma.us | P.O. Box |
| Cbarry-Smith@state.ma.us | Washington, D.C. 20044 |
| Jessica.Lindemann@state.ma.us | Telephone: (202) 514-4778 |
| | Facsimile: (202) 616-8470 |
| | Christopher.Hall@usdoj.gov |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |

        /s/_Philip D. Moran
        Philip D. Moran
        265 Essex Street, Suite 202
        Salem MA 01970
        (978) 745-6085; (978) 741-2572 Fax
        philipmoranesq@aol.com