IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Case No. 1:09-11156-JLT |

**NOTICE OF APPEAL**

Notice is hereby given that Representative Lamar Smith, the Proposed Intervenor-Defendant in the above-named matter, hereby appeals to the United States District Court of Appeals For the First Circuit from the final judgment entered in this action on August 12, 2010.

Respectfully submitted this the 5th day of October, 2010.

|  | By:/s/ Philip D. Moran |
|---|---|
| Brian W. Raum,* NY Bar No. 2856102<br>Byron J. Babione,* AZ Bar No. 024320<br>Alliance Defense Fund<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020; (480) 444-0028 Fax<br>braum@telladf.org<br>bbabione@telladf.org | Philip D. Moran, MA Bar No. 353920<br>265 Essex Street, Suite 202<br>Salem MA 01970<br>(978) 745-6085; (978) 741-2572 Fax<br>philipmoranesq@aol.com<br><br>Dale Schowengerdt,* AZ Bar No. 022684<br>Alliance Defense Fund<br>15192 Rosewood<br>Leawood, KS 66224<br>(913) 685-8000; (480) 444-0028 Fax<br>dale@telladf.org<br><br>*Attorneys for Proposed Intervenor-Defendant*<br>*\*Pro Hac Vice motion pending* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2010, I electronically submitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| MAURA T. HEALEY | TONY WEST |
| JONATHAN B. MILLER | Assistant Attorney General |
| CHRISTOPHER K. BARRY-SMITH | CARMEN M. ORTIZ |
| JESSICA LINDEMANN | United States Attorney |
| Assistant Attorneys General | ARTHUR R. GOLDBERG |
| One Ashburton Place | Assistant Director |
| Boston, MA 02108 | CHRISTOPHER R. HALL |
| Tel: (617) 727-2200 | D.C. Bar No. 468827 |
| Fax: (617) 727-5762 | Trial Attorney, U.S. Department of Justice |
| Maura.Healey@state.ma.us | Civil Division, Federal Programs Branch |
| Jonathan.Miller@state.ma.us | P.O. Box |
| Cbarry-Smith@state.ma.us | Washington, D.C. 20044 |
| Jessica.Lindemann@state.ma.us | Telephone: (202) 514-4778 |
| | Facsimile: (202) 616-8470 |
| | Christopher.Hall@usdoj.gov |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |

/s/_Philip D. Moran
Philip D. Moran
265 Essex Street, Suite 202
Salem MA 01970
(978) 745-6085; (978) 741-2572 Fax
philipmoranesq@aol.com