**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; KATHLEEN SEBELIUS, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; ERIC K. SHINSEKI, Secretary of the United States Department of Veterans Affairs; and the UNITED STATES OF AMERICA,<br><br>Defendants. | ) | Civ. A. No. 1:09-11156-JLT |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that all Defendants hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment dated August 12, 2010 [Docket No. 63] and the underlying Memorandum and Order dated July 8, 2010 [Docket Nos. 57, 58].

Dated this 12th day of October, 2010.

Respectfully submitted,

TONY WEST
Assistant Attorney General

CARMEN M. ORTIZ
United States Attorney

ARTHUR R. GOLDBERG
Assistant Director, Federal Programs Branch

*/s/ Christopher R. Hall*

CHRISTOPHER R. HALL
D.C. Bar No. 468827
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box
Washington, D.C. 20044
Telephone: (202) 514-4778
Facsimile: (202) 616-8470
Christopher.Hall@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on October 12, 2010.

*/s/ Christopher R. Hall*

CHRISTOPHER R. HALL
Trial Attorney
United States Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4778
Fax: (202) 616-8470